# COURT OF CHANCERY
## OF THE
## STATE OF DELAWARE

KATHALEEN ST. JUDE MCCORMICK
CHANCELLOR

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19801-3734

September 15, 2022

Michael Hanrahan, Esquire
Samuel L. Closic, Esquire
John G. Day, Esquire
Robert B. Lackey, Esquire
Prickett, Jones & Elliott, P.A.
1310 N. King Street
Wilmington, Delaware 19801

Edward B. Micheletti, Esquire
Lauren N. Rosenello, Esquire
Ryan M. Lindsay, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899

Re:     *Luigi Crispo v. Elon R. Musk et al.*,
        C.A. No. 2022-0666-KSJM

Dear Counsel:

This letter confirms that the hearing on the defendants' motion to dismiss will be

held on Monday, September 19, 2022, beginning at 11:00 a.m.

An audio feed of this hearing, provided by CourtScribes, will be available through

the following public access lines:

(774) 267-2687

(617) 829-7274

(774) 267-7226

(774) 267-7876

(774) 267-7689

Each line allows up to 1,000 phones to connect; if one does not work, try another.

The standard instruction applies: Aside from our Court of Chancery Court Reporter, no

one (i.e., no party, counsel, member of the press, or any other attendee) may record the

hearing in any manner (i.e., video, audio, or otherwise).

Sincerely,

*/s/ Kathaleen St. Jude McCormick*

Kathaleen St. Jude McCormick
Chancellor

cc:    Counsel of Record (by *File&ServeXpress*)